IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 15-cr-00319-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. SOPHIA MIETZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Count One of the Indictment as to Defendant Sophia Mietz [Docket No. 87]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Count One of the Indictment as to Defendant Sophia Mietz [Docket No. 87] is granted. Count One of the Indictment is dismissed as to defendant Sophia Mietz only.

DATED March 11, 2016.

                              BY THE COURT:

                              PHILIP A. BRIMMER
                              United States District Judge